UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| V. | § | CRIMINAL NO. 4:22-CR-497 |
| | § | |
| **SHERMAINE DEMOND CHILDRESS,** | § | |
| **Defendant** | § | |

## GOVERNMENT'S MOTION TO DISMISS COUNT ONE

COMES NOW the United States of America, by and through, Alamdar S. Hamdani, United States Attorney for the Southern District of Texas, and Joe Porto, the undersigned Assistant United States Attorney and moves this Court to dismiss Count ONE of the Felony Indictment against Shermaine Demond Childress without prejudice under Rule 48(a) of the Federal Rules of Criminal Procedure.

WHEREFORE, PREMISES CONSIDERED, the United States moves that this Motion to Dismiss Count ONE of the felony indictment against Shermaine Demond Childress be granted.

Respectfully submitted,

Alamdar S. Hamdani
United States Attorney

By: *Joe Porto*
Joe Porto
Assistant United States Attorney

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Government's Motion to Dismiss Count One of the felony Indictment without prejudice against Shermaine Demond Childress has been sent via e-mail to counsel for the defendant, Darryl Austin AFPD, on this, the 6th day of May, 2024.

By: *Joe Porto*
Joe Porto
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**UNITED STATES OF AMERICA**

V. § CRIMINAL NO. 4:22-CR-497

**SHERMAINE DEMOND CHILDRESS,**
**Defendant**

## O R D E R

Upon the motion of the United States, pursuant to Rule 48(a), Federal Rules of Criminal Procedure and without objection of the defendant, it is hereby **ORDERED** that Count One of the Felony Indictment against defendant, Shermaine Demond Childress, in the above styled case is dismissed without prejudice.

Entered this _____ day of _____, 2024.

_____
**SIM LAKE**
**UNITED STATES DISTRICT JUDGE**